**Alex Vandenberg, Esq. - State Bar No. 349929**
**DOWNTOWN L.A. LAW GROUP**
910 S. Broadway
Los Angeles, CA  90015
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Alex.Vandenberg@downtownlalaw.com

Attorneys for Plaintiff
NANCY LEEAN DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NANCY LEEAN DAVIS, an individual. <br><br> Plaintiff, <br><br> v. <br><br> LOS TACOS DE PANCHO, an unknown entity; LONGS DRUG STORES CALIFORNIA, LLC, a California Limited Liability Company; and DOES 1-50, inclusive. <br><br> Defendants. | Case No.:  3:24-cv-03407-RFL <br><br> **STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

Plaintiff NANCY LEEAN DAVIS and Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. stipulate as follows:

1. On November 17, 2021, Plaintiff Nancy Davis commenced an action in the Superior Court of the State of California in and for the County of Contra Costa entitled NANCY LEEAN DAVIS an individual, Plaintiff vs. LOS TACOS DE PANCHO, an unknown entity; LONGS DRUG STORES CALIFORNIA, L.L.C., a California Limited Liability Company and DOES 1-50, inclusive, Defendants, as Case Number: C23-02935 (the "Action").

2. Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. was served with the Complaint on or about May 9, 2024

3. On June 7, 2024, Plaintiff field an Amendment to Complaint naming Concord Terminal Shopping Center, LLC, A California Limited Liability Company as DOE 1.

4. On June 11, 2024, Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. filed a notice of removal of the Action pursuant to 28 U.S.C. §1446 with the United States District Court for the Northern District of California.

5. After some discussion, the parties have agreed that the Action should be remanded to the Contra Costa Superior Court. To that end, the Parties hereby stipulate that the Action be remanded to Contra Costa Superior Court.

6. The Parties further stipulate that each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

**Respectfully Submitted,**

DATED: September 3, 2024            **DOWNTOWN L.A. LAW GROUP**

Alex Vandenberg, Esq.
Attorney for Plaintiff,
NANCY LEEAN DAVIS

**Respectfully Submitted,**

DATED: September 3, 2024,           **LA FOLLETTE, JOHNSON**
**DeHAAS, FESLER & AMES**

*/s/ Parysa Ghazizadeh*

PARYSA GHAZIZADEH
Attorneys for Defendant
Longs Drugs California, L.L.C.

# ORDER

On September 3, 2024, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing orders as follows:

1. The Parties' stipulation is approved;
2. Northern District of California case number 3:24-cv-03407-RFL styled Davis v. Los Tacos De Pancho, et al is hereby remanded to Contra Costa Superior Court.
3. ~~IT IS FURTHER ORDERED THAT~~ _____

IT IS SO ORDERED.

Dated: **September 5, 2025**

_____
UNITED STATES DISTRICT JUDGE